UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— X
AMARPREET DHALIWAL,                            :
                                               :
                      Plaintiff,               :   17 Civ. 7959 (GBD)
                                               :
       -against-                               :
                                               :
HYPR CORP. and GEORGE AVETISOV,                :
                                               :
                      Defendants.              :
———————————————————————— X

### DECLARATION OF GERRY SILVER
### IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Gerry Silver, make the following declaration under 28 U.S.C. § 1746:

1.   I am a member of the law firm of Sullivan & Worcester LLP, counsel for plaintiff Peter Dhaliwal ("Plaintiff" or "Dhaliwal") in this action. I submit this declaration in opposition to Defendants' motion to dismiss the Complaint.

2.   Attached hereto as Exhibit 1 is a true and correct copy of Dhaliwal's lease dated July 25, 2013 for his residence at 62 Avenue B, New York, New York 10009.

3.   Attached hereto as Exhibit 2 are true and correct copies of brainstorming/ whiteboarding sessions in Dhaliwal's handwriting relating to Hypercard.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on January 12, 2018 in New York, New York.

                                        By: /s/ Gerry Silver
                                            Gerry Silver