UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AMARPREET DHALIWAL,

                        Plaintiff,

  -against-

HYPR CORP., and GEORGE AVETISOV,

                     Defendants.

------------------------------------------------------------ x

ORDER

17 Civ. 7959 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record of today's proceedings, Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (ECF No. 17), is DENIED.

Dated: February 27, 2018
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE