**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2018

May 1, 2018

**SO ORDERED**
The conference is adjourned to June 7, 2018 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

MAY 02 2018

**BY E-FILING AND FACSIMILE (212.805.6737)**
Hon. George B. Daniels
United States District Judge
United States District Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re:   **Dhaliwal v. HYPR Corp and George Avetisov**
      **17 Civ. 7959 (GBD)**

Dear Judge Daniels:

We represent Plaintiff in the above-referenced action. We are writing jointly with Defendants' counsel to request a brief adjournment of the conference scheduled for May 3, 2018 to allow the parties some additional time to work through some discovery issues and hopefully avoid bringing them to the Court. We have contacted Chambers and have learned that June 7, 2018 is a date the Court is available and that works for all parties. Accordingly, we respectfully request that the conference be continued to the morning of June 7, 2018.

This is the first such request for an adjournment. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Gerry Silver

Gerry Silver, Esq.

cc: Counsel for Defendants

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC