UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AMARPREET DHALIWAL,

                        Plaintiff,

    -against-

HYPR CORP., et al.

                        Defendants.

------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 Civ. 7959 (GBD) (DF)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br><br>ECF No. 36 | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| _X_ | Settlement | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>All such motions:___ |

Dated: August 9, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge