UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
AMARPREET DHALIWAL,                      :

      Plaintiff,                          :

                                                          Civil Action No. 1:17-cv-07959 (GBD) (DF)
  vs.                                    :

HYPR CORP. and GEORGE AVETISOV,          :

      Defendants.
---------------------------------------- X

## NOTICE OF MOTION

     PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, and supporting Declaration of David H. Kupfer, Defendants HYPR Corp. and George Avetisov respectfully move this Court before the Honorable Deborah Freeman, U.S. Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file an amended answer and counterclaim.

Dated: New York, New York
       October 1, 2018

                                              COOLEY LLP

                                              By:   */s/Jonathan Bach*
                                                      Jonathan Bach
                                                      David H. Kupfer

                                             1114 Avenue of the Americas
                                             New York, NY 10036
                                             Tel:    (212) 479-6000
                                             Fax:   (212) 479-6275
                                             jbach@cooley.com
                                             dkupfer@cooley.com

                                             *Attorneys for Defendant George Avetisov and Nominal Defendant HYPR Corp.*