```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMARPREET DHALIWAL,

                Plaintiff,

      -against-

HYPR CORP. and GEORGE AVETISOV,

                Defendants.
------------------------------------------------------------X

17 Civ. 7959 (GBD) (DCF)

## [~~PROPOSED~~] SCHEDULING ORDER

1. No additional parties may be joined after November 30, 2018.

2. No motions to amend the pleadings filed after November 30, 2018 will be granted, absent good cause shown.

3. All fact discovery shall be completed by January 31, 2019.

4. Initial Expert Reports, if any, shall be exchanged on or before March 1, 2019.

5. Rebuttal Expert Reports, if any, shall be exchanged on or before April 1, 2019.

6. Expert discovery, if any, shall be complete by April ~~30~~ 19, 2019.

7. ~~Motions for summary judgment, if any, are to be served no later than 45 days from the close of expert discovery (or the close of fact discovery if no expert discovery is conducted). Answering papers, if any, are to be served within 30 days. Reply papers, if any, are to be served within 21 days.~~ Joint status report by 12/14/18.

Dated: October 25, 2018

SO ORDERED:

_____
Honorable Debra Freeman
United States Magistrate Judge

Dated: New York, New York
October 24, 2018

| SULLIVAN & WORCESTER LLP | COOLEY LLP |
|---|---|
| By: __/s/ Gerry Silver__<br>Gerry Silver<br>1633 Broadway<br>New York, New York 10019<br>Phone: (212) 660-3096<br><br>*Attorneys for Plaintiff* | By: __/s/ Jonathan Bach__<br>Jonathan Bach<br>David H. Kupfer<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 479-6000<br><br>*Attorneys for Defendants* |

**Error! Unknown document property name.**   2