

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

December 14, 2018

**BY ECF FILING**

Hon. Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007-1312

      Re:    **Dhaliwal v. HYPR Corp. and
George Avetisov, 17 Civ. 7959 (GBD) (DCF)**

Dear Magistrate Judge Freeman:

      We represent plaintiff Amarpreet Dhaliwal in the above-referenced matter. We submit this Joint Status Report along with counsel for defendants HYPR Corp. and George Avetisov, pursuant to the Scheduling Order entered by the Court on October 25, 2018 (ECF No. 50). As instructed by the Court at the October 25, 2018 status teleconference, we also submit this letter to advise the Court as to whether the parties believe mediation would be helpful at this juncture.

      With regard to status, the parties are proceeding with document discovery and have additional depositions scheduled for January 2019. The parties anticipate that they will be able to complete discovery within the time frames set forth in the Scheduling Order.

      With regard to mediation, the parties have not reached an agreement on whether to participate in mediation at this time.

      Respectfully submitted,

      /s/ Gerry Silver

      Gerry Silver
      Direct line: 212-660-3096
      gerry.silver@sandw.com

cc:    Jonathan Bach, Esq.
       David Kupfer, Esq.