UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Amarpreet Dhaliwal

Plaintiff,

Case No. 17-cv-7959 (GBD)

-against-

HYPR CORP. and George Avetisov

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Jonathan Bach_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 2475366

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cooley LLP
             FIRM ADDRESS: 1114 Avenue of the Americas, New York, NY 10036
             FIRM TELEPHONE NUMBER: 212-479-6470
             FIRM FAX NUMBER: 212-479-6275

NEW FIRM:    FIRM NAME: Shapiro Arato Bach LLP
             FIRM ADDRESS: 500 Fifth Avenue, 40th Fl., New York, NY 10110
             FIRM TELEPHONE NUMBER: 212-257-4897
             FIRM FAX NUMBER: 212-202-6417

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/25/2019

/s/ Jonathan Bach
ATTORNEY'S SIGNATURE