AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Amarpreet Dhaliwal | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-7959 (GBD) |
| HYPR CORP. and George Avetisov | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants HYPR CORP. and George Avetisov.

Date: 02/20/2019

/s/ Jacob S. Wolf
*Attorney's signature*

Jacob S. Wolf
*Printed name and bar number*

Shapiro Arato Bach LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110

*Address*

jwolf@shapiroarato.com
*E-mail address*

(212) 257-4883
*Telephone number*

(212) 202-6417
*FAX number*