

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

August 1, 2019

**BY ECF FILING**

Hon. Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007-1312

      Re:    <u>Dhaliwal v. HYPR Corp. and
George Avetisov, 17 Civ. 7959 (GBD) (DCF)</u>

Dear Magistrate Judge Freeman:

      We represent plaintiff Amarpreet Dhaliwal in the above-referenced matter. We submit this letter jointly along with counsel for defendants.

      The parties have now completed the discovery that remained following this Court's rulings on the parties' respective motions to compel. The next step is for the parties to complete the Joint Pretrial Order called for in Judge Daniels' Individual Practices. To accommodate counsels' work and differing summer vacation schedules, the parties respectfully request that the deadline for the parties to file the Joint Pretrial Order be September 18, 2019.

      Thank you very much for your consideration of this matter.

      Respectfully submitted,

      /s/ Gerry Silver

      Gerry Silver
      Direct line: 212-660-3096
      gerry.silver@sandw.com

cc:    Jonathan Bach, Esq.
        Jacob Wolf, Esq.

{S2444051; 1}