UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AMARPREET DHALIWAL,

                Plaintiff,

    -against-

HYPR CORP. and GEORGE AVETISOV,

                Defendants.

------------------------------------------------------------x

ORDER

17 Civ. 7959 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: AUG 13 2019*

GEORGE B. DANIELS, United States District Judge:

    A status conference is scheduled for September 26, 2019 at 9:45 a.m.

Dated: August 13, 2019
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE