# EXHIBIT A

**Exhibit A**
**Dhaliwal v. HYPR Corp. and George Avetisov, 17 Civ. 7959 (GBD)(DCF)**
**Plaintiff's Deposition Designations**

| Deponent | Plaintiff's Designations | | Cross Designations | | Objections |
|---|---|---|---|---|---|
| | From (page : line) | To (page : line) | From (page : line) | To (page : line) | |
| **George Avetisov, September 26, 2018** | | | | | |
| | 7:3 | 7:7 | | | |
| | 7:19 | 7:21 | | | |
| | 10:7 | 10:22 | | | |
| | 12:6 | 12:11 | | | |
| | 12:20 | 12:22 | | | |
| | 21:6 | 21:13 | | | |
| | 21:22 | 22:6 | | | |
| | 22:9 | 22:10 | | | |
| | 22:20 | 22:24 | | | |
| | 38:25 | 39:16 | | | |
| | 51:15 | 51:19 | | | |
| | 55:9 | 56:14 | | | |
| | 57:10 | 57:19 | | | |
| | 91:17 | 92:17 | | | |
| | 94:6 | 94:20 | | | |
| | 97:11 | 97:16 | | | |
| | 98:6 | 99:19 | | | |
| | 100:11 | 100:21 | | | |
| | 112:13 | 112:21 | | | |
| | 124:7 | 124:20 | | | |
| | 148:21 | 149:18 | | | |
| | 150:4 | 150:5 | | | |
| | 150:16 | 150:21 | | | |
| | 151:9 | 151:12 | | | |
| | 154:5 | 154:18 | | | |
| | 156:7 | 156:16 | | | |
| | 163:11 | 163:14 | | | |
| | 173:5 | 173:14 | | | |
| | 177:7 | 177:10 | | | |
| | 184:12 | 184:17 | | | |
| | 185:16 | 186:6 | | | |
| | 191:3 | 191:10 | | | |
| | 192:22 | 193:3 | | | |
| | 193:20 | 193:23 | | | |
| | 196:4 | 196:10 | | | |
| | 198:6 | 198:15 | | | |
| | 208:22 | 209:18 | | | |
| | 219:9 | 219:13 | | | |
| | 220:9 | 220:10 | | | |
| | 223:6 | 223:13 | | | |

**Dhaliwal v. HYPR Corp. and George Avetisov, 17 Civ. 7959 (GBD)(DCF)**
**Plaintiff's Deposition Designations**

| Deponent | Plaintiff's Designations | | Cross Designations | | Objections |
|---|---|---|---|---|---|
| | From (page : line) | To (page : line) | From (page : line) | To (page : line) | |
| | 223:24 | 224:8 | | | |
| | 232:11 | 232:22 | | | |
| | 234:17 | 234:23 | | | |
| | 235:11 | 235:16 | | | |
| | 247:24 | 248:12 | | | |
| | 252:4 | 253:2 | | | |
| | 253:17 | 254:12 | | | |
| | 256:10 | 258:12 | | | |
| | 259:11 | 261:2 | | | |
| | 262:12 | 262:25 | | | |
| | 263:21 | 264:2 | | | |
| | 266:16 | 267:4 | | | |
| | 267:19 | 268:14 | | | |
| | 274:2 | 274:25 | | | |
| | 279:15 | 280:3 | | | |
| | 284:8 | 284:15 | | | |
| | 286:4 | 288:11 | | | |
| | 295:11 | 295:24 | | | |
| | 296:8 | 298:13 | | | |
| | 298:18 | 299:2 | | | |
| | 309:12 | 310:9 | | | |
| | 312:18 | 312:23 | | | |
| | 313:14 | 313:21 | | | |
| | 320:3 | 321:18 | | | |
| | 322:3 | 323:5 | | | |
| | 331:14 | 331:17 | | | |
| | 333:4 | 333:8 | | | |
| | 337:13 | 337:20 | | | |
| | 338:14 | 338:18 | | | |
| | 339:2 | 340:4 | | | |
| | 344:18 | 344:24 | | | |
| | 345:9 | 345:14 | | | |
| | 346:2 | 346:19 | | | |
| | 349:2 | 351:3 | | | |
| | 355:6 | 356:2 | | | |
| | 356:8 | 356:10 | | | |
| | 358:3 | 358:19 | | | |
| | 363:6 | 363:8 | | | |
| | 366:14 | 367:3 | | | |
| | 369:10 | 369:20 | | | |

**Dhaliwal v. HYPR Corp. and George Avetisov, 17 Civ. 7959 (GBD)(DCF)**
**Plaintiff's Deposition Designations**

| Deponent | Plaintiff's Designations | | Cross Designations | | Objections |
|---|---|---|---|---|---|
| | From (page : line) | To (page : line) | From (page : line) | To (page : line) | |
| | 370:4 | 370:7 | | | |
| | 370:16 | 371:3 | | | |
| | 371:16 | 371:19 | | | |
| | 371:24 | 373:6 | | | |
| | 373:22 | 374:3 | | | |
| | 375:13 | 375:23 | | | |
| | 376:16 | 376:22 | | | |
| **Roman Kadinsky, January 22, 2019** | | | | | |
| | 15:14 | 15:19 | | | |
| | 15:23 | 16:5 | | | |
| | 17:7 | 17:15 | | | |
| | 18:3 | 18:22 | 74:24 | 75:6 | |
| | 19:5 | 19:9 | | | |
| | 19:18 | 19:23 | | | |
| | 20:6 | 21:2 | | | |
| | 24:11 | 25:2 | | | |
| | 25:25 | 26:11 | | | |
| | 26:19 | 27:10 | 27:11 | 28:6 | |
| | 28:7 | 28:8 | | | |
| | 30:14 | 31:4 | 31:5 | 31:9 | |
| | 31:24 | 33:11 | 33:12 | 33:14 | |
| | 33:15 | 34:6 | | | |
| | 34:10 | 34:24 | 34:25 | 35:10 | |
| | 35:11 | 36:6 | | | |
| | 40:3 | 40:6 | | | |
| | 40:22 | 42:12 | | | |
| | 44:6 | 44:19 | 44:20 | 44:25 | |
| | 45:2 | 45:6 | | | |
| | 46:22 | 47:10 | 47:11 | | |
| | 48:12 | 48:25 | | | |
| | 49:12 | 50:5 | | | |
| | 52:12 | 52:20 | | | |
| | 59:5 | 59:9 | 59:18 | 60:13 | |
| | 61:2 | 61:18 | 61:19 | 61:24 | |
| | 65:12 | 65:15 | | | |
| | 65:21 | 66:8 | | | |
| | 66:17 | 67:2 | | | |
| | 69:25 | 70:11 | | | |
| | 70:17 | 71:22 | | | |
| | 72:23 | 73:9 | | | |
| | 74:20 | 74:23 | 74:24 | 75:6 | |

**Dhaliwal v. HYPR Corp. and George Avetisov, 17 Civ. 7959 (GBD)(DCF)**
**Plaintiff's Deposition Designations**

| Deponent | Plaintiff's Designations | | Cross Designations | | Objections |
|---|---|---|---|---|---|
| | From (page : line) | To (page : line) | From (page : line) | To (page : line) | |
| | 79:6 | 79:25 | | | |
| | 81:12 | 82:11 | | | |
| | 83:20 | 84:10 | 84:11 | 84:17 | |
| | 90:9 | 90:19 | 89:23 | 90:5 | |
| | 91:8 | 91:16 | | | |
| | 91:23 | 92:11 | | | |
| | 97:2 | 99:10 | | | |
| | 99:20 | 100:14 | 100:15 | 100:22 | |
| | 100:23 | 101:12 | | | |
| | 101:25 | 102:6 | | | |
| | 102:25 | 103:22 | | | |
| | 104:4 | 105:7 | | | |
| | 105:16 | 106:7 | | | |
| | 106:11 | 107:6 | 107:7 | 107:10 | |
| | 110:2 | 111:6 | | | |
| | 111:12 | 112:23 | | | |
| | 114:3 | 115:3 | | | |
| | 116:12 | 117:9 | 115:22 | 116:11 | |
| | 117:21 | 118:24 | 117:10 | 117:20 | & 120:4 – 120:19 |
| | 119:6 | 119:14 | | | |
| | 121:15 | 121:19 | | | |
| | 121:23 | 123:8 | 123:12 | 123:20 | |
| | 123:21 | 124:4 | | | |
| | 124:9 | 124:15 | 124:16 | 125:19 | &128:7 – 130:19 |
| | 132:11 | 132:13 | | | |
| | 132:23 | 133:16 | 134:3 | 134:9 | |
| | 134:10 | 134:14 | | | |
| | 138:16 | 139:15 | | | |
| | 141:14 | 141:24 | | | |
| | 143:22 | 145:14 | | | |
| | 145:18 | 145:23 | | | |
| | 146:16 | 146:17 | | | |
| | 155:8 | 156:7 | | | |
| | 156:12 | 157:7 | | | |
| | 158:8 | 158:9 | | | |
| | 158:14 | 158:25 | | | |
| | 160:11 | 160:18 | | | |
| | 160:24 | 162:8 | | | |
| | 163:3 | 163:12 | | | |
| **Bojan Simic, January 24, 2019** | | | | | |
| | 10:16 | 10:18 | | | |

**Dhaliwal v. HYPR Corp. and George Avetisov, 17 Civ. 7959 (GBD)(DCF)**
**Plaintiff's Deposition Designations**

| Deponent | Plaintiff's Designations | | Cross Designations | | Objections |
|---|---|---|---|---|---|
| | From (page : line) | To (page : line) | From (page : line) | To (page : line) | |
| | 11:21 | 12:6 | | | |
| | 14:10 | 14:18 | | | |
| | 15:10 | 15:21 | | | |
| | 17:3 | 17:25 | | | |
| | 18:22 | | | | |
| | 19:2 | 19:11 | 18:17 | 18:25 | |
| | 20:24 | 22:13 | | | |
| | 22:24 | 23:13 | | | |
| | 23:21 | 26:5 | | | |
| | 27:6 | 29:6 | | | |
| | 29:15 | 32:23 | | | |
| | 35:5 | 35:6 | | | |
| | 35:18 | 35:23 | | | |
| | 39:7 | 39:22 | | | |
| | 40:21 | 42:6 | | | |
| | 42:16 | 42:23 | | | |
| | 44:5 | 44:9 | | | |
| | 44:13 | 44:15 | | | |
| | 49:9 | 49:19 | | | |
| | 50:3 | 51:4 | | | |
| | 51:19 | 52:25 | | | |
| | 53:6 | 53:22 | 53:23 | 54:2 | |
| | 57:14 | 58:8 | | | |
| | 75:17 | 79:19 | | | |
| | 80:6 | 80:15 | | | |
| | 82:11 | 82:21 | | | |
| | 83:22 | 84:11 | | | |
| | 85:18 | 86:12 | | | |
| | 88:5 | 88:14 | | | |
| | 88:20 | 89:7 | 89.8 | 89:18 | & 93:25 – 95:7 |
| | 89:19 | 90:15 | | | |
| | 93:15 | 93:24 | | | |

## Exhibit A
### DHALIWAL v. HYPR CORP. and GEORGE AVETISOV
### Case No. 17 Civ. 7959 (GBD) (DCF)
### DEFENDANT'S DEPOSITION TESTIMONY DESIGNATIONS

| Deponent | Defendant's Designations From (page : line) | Defendant's Designations To (page : line) | Cross Designations From (page : line) | Cross Designations To (page : line) | Objections |
|---|---|---|---|---|---|
| **Amarpreet Dhaliwal, September 13, 2018** | | | | | |
| | 7:6 | 7:8 | | | |
| | 8:5 | 9:25 | | | |
| | 10:21 | 12:7 | | | |
| | 13:15 | 14:17 | | | |
| | 14:23 | 19:14 | | | |
| | 19:18 | 22:8 | | | |
| | 23:11 | 26:7 | 26:8 | 27:4 | |
| | 27:5 | 27:21 | 27:22 | 28:16 | |
| | 28:18 | 31:6 | | | |
| | 31:16 | 37:19 | | | |
| | 39:3 | 39:8 | | | |
| | 41:2 | 41:9 | | | |
| | 41:25 | 43:4 | | | |
| | 47:16 | 47:23 | 46:5 | 46:25 | |
| | 49:13 | 50:8 | 46:5 | 46:25 | |
| | 51:11 | 54:9 | 54:10 | 61:8 | |
| | 61:9 | 62:22 | 62:23<br>63:24 | 63:3<br>64:16 | |
| | 71:1 | 74:24 | 74:25 | 75:2 | |
| | 74:8 | 77:21 | 77:24 | 78:18 | |
| | 79:9 | 80:23 | | | |
| | 81:7 | 81:20 | 80:25<br>81:21 | 81:6<br>82:14 | |
| | 91:21 | 92:5 | | | |
| | 93:8 | 93:14 | | | |
| | 94:17 | 95:13 | 95:14 | 95:20 | |
| | 96:4 | 96:15 | | | |
| | 97:3 | 100:2 | | | |
| | 103:1 | 105:7 | | | |
| | 111:25 | 114:6 | | | |
| | 128:9 | 130:2 | | | |
| | 130:20 | 137:15 | 139:25 | 140:12 | |

| Deponent | Defendant's Designations From (page : line) | Defendant's Designations To (page : line) | Cross Designations From (page : line) | Cross Designations To (page : line) | Objections |
|---|---|---|---|---|---|
| | 138:12 | 139:2 | | | |
| | 139:14 | 139:22 | | | |
| | 140:13 | 144:3 | | | |
| | 144:18 | 145:6 | 146:7 | 156:22 | |
| | 147:25 | 148:12 | | | |
| | 149:5 | 151:13 | | | |
| | 152:14 | 152:16 | | | |
| | 154:19 | 155:5 | | | |
| | 155:24 | 166:5 | | | |
| | 167:25 | 169:6 | | | |
| | 169:17 | 170:12 | 170:13 | 170:18 | |
| | 171:4 | 174:3 | 174:4 | 175:4 | |
| | 178: 17 | 179:11 | | | |
| | 179:21 | 180:2 | | | |
| | 183:5 | 183:9 | | | |
| | 185:4 | 186:22 | | | |
| | 188:1 | 188:25 | | | |
| | 189:13 | 189:25 | | | |
| | 192:6 | 194:8 | | | |
| | 199:8 | 200:4 | | | |
| | 200:19 | 201:14 | | | |
| | 202:1 | 204:9 | 205:8 | 206:2 | |
| | 207:11 | 207:22 | | | |
| | 208:9 | 208:19 | 208:20 | 208:23 | |
| | 209:1 | 209:17 | | | |
| | 212:17 | 214:18 | | | |
| | 215:3 | 215:9 | | | |
| | 215:20 | 216:6 | | | |
| | 216:17 | 219:2 | | | |
| | 219:18 | 220:10 | 220:5 | 220:21 | |
| | 220:22 | 220:25 | 221:5 | 221:13 | |
| | 222:14 | 223:9 | | | |
| | 238:16 | 240:23 | | | |
| | 251:6 | 253:25 | | | |
| | 264:11 | 264:17 | 265:18 | 267:2 | |
| | 267:3 | 270:2 | | | |
| | 271:16 | 271:24 | 270:24 | 271:15 | |
| | 276:7 | 277:7 | | | |
| | 284:17 | 285:20 | | | |
| | 286: 14 | 287:11 | | | |
| | 288:5 | 288:10 | 288:9 | 288:15 | |

| Deponent | Defendant's Designations From (page : line) | Defendant's Designations To (page : line) | Cross Designations From (page : line) | Cross Designations To (page : line) | Objections |
|---|---|---|---|---|---|
| | 288:16 | 289:21 | 289:22 | 290:21 | |
| | 296:13 | 297:6 | | | |
| | 299:4 | 299:13 | | | |