UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── X
AMARPREET DHALIWAL,                    :
                                       :
                    Plaintiff,         :    17 Civ. 7959 (GBD) (DCF)
                                       :
       -against-                       :
                                       :
HYPR CORP. and GEORGE AVETISOV,        :
                                       :
                    Defendants.        :
─────────────────────────────────────── X

## DECLARATION OF GERRY SILVER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S JURY DEMAND

I, Gerry Silver, make the following declaration under 28 U.S.C. § 1746:

1. I am a member of the law firm of Sullivan & Worcester LLP, counsel for plaintiff Amarpreet Dhaliwal ("Plaintiff") in this action. I submit this declaration in support of Plaintiff's motion to strike defendant George Avetisov's jury demand on his First Counterclaim.

2. Attached as Exhibit A is a true and correct copy of the Complaint in this matter, which was filed on October 16, 2017 (ECF No. 1).

3. Attached as Exhibit B is a true and correct copy of defendants' original Answer, which was filed on March 13, 2018 (ECF No. 28).

5. Attached as Exhibit C is a true and correct copy of defendants' Amended Answer and Counterclaims, which was filed on April 15, 2019 (ECF 61).

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on September 19, 2019 in New York, New York.

By: /s/ Gerry Silver
    Gerry Silver