**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMARPREET DHALIWAL,

                Plaintiff,                             17 **CIVIL** 7959 (GBD)

      -against-                                   **JUDGMENT**

GEORGE AVETISOV; HYPR CORP.,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Memorandum Decision and Order dated September 29, 2020, Judgment is entered in favor of Defendants dismissing Plaintiff's complaint and in favor of Plaintiff dismissing Defendant's counterclaim.

**Dated:**  New York, New York
           September 30, 2020

                                                                            RUBY J. KRAJICK
                                                                          Clerk of Court
                                                     **BY:**
                                                                          Deputy Clerk